UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT ROGERS,    ) | |
| )  Petitioner    ) | |
| v.    ) | CAUSE NO. 3:05-CV-359 RM |
| )  | (Arising from 93-CR-00059(04)RM) |
| UNITED STATES OF AMERICA,    ) | |
| )  Respondent    ) | |

OPINION AND ORDER

On June 13, Mr. Robert Rogers filed yet another petition to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Mr. Rogers already filed at least three previous § 2255 petitions, so this filing must be again be considered a second or successive petition. 28 U.S.C. § 2244 provides that before a second or successive motion is filed with the district court, "the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."

Accordingly, Mr. Rogers' petition is SUMMARILY DISMISSED [Doc. No. 1 of the civil docket] as not properly before this court.

SO ORDERED.

ENTERED: June 15, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   R. Rogers
      AUSA Office